# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| **MICHAEL STEVEN PAINTER,**<br>    Petitioner,<br><br>v.<br><br>**DENICE MCKENZIE,** et al.,<br>    Respondents. | **Case No. 6:24-cv-1293-CLM-SGC** |

# MEMORANDUM OPINION

The magistrate judge has entered a report, recommending that the court deny and dismiss with prejudice as procedurally defaulted and meritless this counseled petition for writ of habeas corpus brought under 28 U.S.C. § 2254. (Doc. 8). The magistrate judge has also recommended that the court deny a certificate of appealability under Rule 11 of the Rules Governing 2254 Proceedings. (*Id.*, pp. 14–15). The report and recommendation advised the petitioner of his right to object within 14 calendar days, but the court has not received any objections. And the deadline to object has expired.

After considering the record, including the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court will deny and dismiss with prejudice the claims brought in this § 2254 petition as either procedurally defaulted or devoid of merit. The court will not issue a certificate of appealability and will enter a separate order that closes this case.

**Done** and **Ordered** on September 16, 2025.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE